# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
Tel (516) 829-2299  
*jp@jpittell.com*

*Long Island Office*  
**14 Bond St, Suite 389**  
**Great Neck, New York 11021**  
Tel (516) 829-2299  
*jp@jpittell.com*

December 9, 2019

Hon. Paul A. Engelmayer  
U.S. District Court  
40 Foley Sq.  
New York, NY 10017

Re:   *US v. Jones, et al* {Fuguan Lovick} 18 Cr 834 (PAE)

Dear Judge Engelmayer:

I am counsel for Fuguan Lovick, a defendant in the above referenced matter. Mr. Lovick's case is scheduled for sentencing on December 18, 2019.

Please accept this letter in lieu of a formal motion requesting an adjournment of the sentencing. I make this request as I am still awaiting receipt of character letters and other sentencing documents in support of Mr. Lovick and seek additional time to complete the Sentencing Memorandum which I have been preparing on behalf of Mr. Lovick.

Accordingly, I respectfully request the sentence date be adjourned for approximately three or four weeks. Subject to the Court's availability, I can appear on any of these dates: January 6, 7 (11 a.m.), 8, 9 (11 a.m.), 15, or 17.

I have conferred with the Government and they do not object to this request.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   AUSA Jacob Warren  
      Fuguan Lovick

**GRANTED.** Sentencing is adjourned to February 10, 2020 at 10:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 386.

SO ORDERED.                          12/10/2019

*[signature: Paul A. Engelmayer]*
_____  
PAUL A. ENGELMAYER  
United States District Judge