UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 18-CR-834-05 (PAE) |
| FUGUAN LOVICK, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Fuguan Lovick, whom the Court sentenced in February 2020 principally to a term of 85 months imprisonment. Mr. Lovick reports that his appointed counsel has not been responsive to him since his sentencing and seeks appointment of successor counsel. The Court directs Mr. Lovick's current counsel, Jeffrey Pittell, Esq., promptly to make contact with Mr. Lovick, to ascertain from Mr. Lovick the purpose for which he is seeking representation, and then to notify the Court whether, with Mr. Lovick continues to seek the appointment of successor counsel and if so, for what purpose. Mr. Pittell's letter addressing these point is to be filed by Tuesday, June 16, 2020. Upon receipt of Mr. Pittell's letter, the Court will determine whether or not to grant Mr. Lovick's application. The Court directs Mr. Pittell forthwith to assure that a copy of this order is furnished to Mr. Lovick.

SO ORDERED.

                                                           PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: June 5, 2020
        New York, New York

United States District Court
For The Southern District of New York
Honorable Paul A. Engelmayer
500 Pearl St
New York, NY 10007

May 20, 2020

RE: Request For Reassignment of Counsel

Dear Honorable Judge Engelmayer,

My name is Fuguan Lovick and my registration # is 86356-054. I am currently incarcerated at MCC Manhattan. My docket No. is 0208 1: S9 18 CR 834-05 (PAE). I am writing on behalf of myself. I am requesting this honorable court to grant me the assigning of new counsel.

Your Honor, I am fighting for my life and it is imperative that I receive counsel who has my best interest. The communication between my current attorney and I is horrible and completely unexceptable. I have requested some simple tasks that make complete sense and my attorney refuses to help me.

I do understand we are in times of the COVID-19 pandemic. I also have enough common sense to know and feel that because I am already sentenced combined with the COVID-19 pandemic, my attorney is completely paying zero attention to my needs.

→

Therefore, I am pleading with this Honorable Court to grant this request for Reassignment of Counsel, so I can receive proper representation.

I greatly appreciate your help.

Respectfully Submitted,

Fuquan Lovick
Inmate Registration # 86356-054
MCC
150 Park Row
New York, NY 10007

Received SDNY
6/4/2020
MHC

United States District Court
For The Southern District of NY
Honorable Paul A. Englemayer
500 Pearl St.
New York, NY 10007

10007-133099

USMS SDNY

Metropolitan Correctional Center
Fuguan Lovick #86356-054
150 Park Row
New York, NY 10007