UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>FUGUAN LOVICK,<br><br>                    Defendant. | 18 Cr. 834-5 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letters from Fuguan Lovick, whom the Court in February 2020 principally sentenced to a term of 85 months imprisonment and whose compassionate release motion the Court denied on September 2, 2020, requesting that he be appointed successor counsel. Mr. Lovick previously made such a request in June 2020, but Mr. Lovick's CJA counsel, Jeffrey Pittell, Esq., after speaking with Mr. Lovick, reported that Mr. Lovick was no longer seeking a change of counsel. Dkt. 496.

Mr. Lovick's letters do not explain for what purpose he requires successor counsel. The Court directs Mr. Pittell promptly to make contact with Mr. Lovick, to ascertain from Mr. Lovick the purpose for which he is seeking representation, and then to notify the Court whether Mr. Lovick continues to seek the appointment of successor counsel and, if so, for what purpose. Mr. Pittell's letter addressing these points is to be filed by Friday, March 5, 2021. Upon receipt of Mr. Pittell's letter, the Court will determine whether or not to grant Mr. Lovick's application. The Court directs Mr. Pittell forthwith to assure that a copy of this order is furnished to Mr. Lovick.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2021
       New York, New York

**18-CR-834-05**

**D&F**

New York
Southern District

Court Clerk
Docket number- 59-18-Cr-834-05(PAE)

Judge Engelmayer

I'm requesting new counsel
I don't want Mr. Dittel any longer
as my counsel. Thank you!

Fulgani Lavick
816 350 054

Fuhrmawick 86356054
150 Park Row
New York NY
10038

NEW YORK NY 100
5 JAN 2021 PM 7 L

New York Southern District
Honorable PAUL A Engelmayer
40 Foley Square
New York NY 1007

Happy Holidays
FOREVER / USA

FuGuan Lovick
86356-054

District Judge
PAUL A ENGELMAYER
Southern District

I'm writing you because I need new legal counsel. I don't want Jeffery G. Pittell to represent me any longer.

Thank you.

NEW YORK NY 100
22 DEC 2020 PM 6 L

Fshawn Lovick #86356054
MDC-Brooklyn
PO Box 329002
Brooklyn NY 11232

Honorable Paul A Engelmayer
United States District Judge
Southern District of NY
Thurgood Marshall US Courthouse
40 Foley Square
NY NY 10007