UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FUGUAN LOVICK,<br><br>Defendant. | 18-CR-834-05 (PAE)<br><br>ORDER ON MOTION |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion under 28 U.S.C. § 2255 by the defendant to vacate his conviction on Count Seven and to be resentenced on Count Six, Dkt. No. 640) and a motion by Jeffrey Pitell, Esq., for reappointment (Dkt. No. 641).  The Court hereby **GRANTS** the motion for reappointment of Mr. Pitell (Dkt. No. 641) and directs the Government to file its response to the motion to vacate by **August 18, 2022**.  The Clerk of Court is requested to terminate the motion at Dkt. No. 641.

SO ORDERED.

                                                                 _____
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: August 4, 2022
           New York, New York