UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FUGUAN LOVICK,

Defendant.

---

18 Cr. 834-5 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in the process of addressing the pending motion by defendant Fuguan Lovick, pursuant to 28 U.S.C. § 2255, to vacate his firearms conviction under 18 U.S.C. § 924(c). To assure that the Court has addressed all potentially relevant issues, the Court asks counsel for the Government and the defense each to submit a brief letter addressing whether *United States v. Taylor*, 596 U.S. ---, 142 S. Ct. 2015 (2022), addressing whether attempted Hobbs Act robbery is a crime of violence, has any bearing on whether the Count Six offense underlying Lovick's § 924(c) conviction is a crime of violence. The Court's inquiry is prompted by the fact that New York Penal Law § 120.14 provides for attempt liability. Counsel's letters are due Monday, April 3, 2023. The Court does not invite, by this order, discussion of other issues.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 27, 2023
    New York, New York